26

(No. 74-CC-236— )

MIDWEST NEWSCLIPS, INC., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed July 25, 1974.*

MIDWEST NEWSCLIPS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-252— )

MARVIN GREENBAUM, MANUEL TOLEDO, EDWARD WHALEN, CLARENCE LIPMAN, Claimants, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed July 25, 1974.*

MARVIN GREENBAUM, MANUEL TOLEDO, EDWARD WHALEN, CLARENCE LIPMAN, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.